## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COREY SCHOENROCK, Individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-24-12-F ) |
| PAYCOM SOFTWARE, INC., CHAD RICHISON, and CRAIG BOELTE, | ) ) ) ) |
| Defendants. | ) ) |

### **JUDGMENT**

In accordance with the order entered this same date, the above-entitled action is dismissed without prejudice pursuant to Rule 41(b), Fed. R. Civ. P.

DATED at Oklahoma City, Oklahoma, this 23rd day of April, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0012p009.docx